# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PAULA K. MONTGOMERY  
      5233 LINDEN ROAD, APT. 8116    SSN-xxx-xx-1128  
      ROCKFORD, IL  61109

Case Number: 07-70635

Case filed on: 3/20/2007  
Plan Confirmed on:  

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $4,378.74     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | TROTT & TROTT | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CHRYSLER FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | WELTMAN, WEINBERG & REIS CO., L.P.A. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CITY OF DETROIT FINANCE DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 47,411.33 | 47,411.33 | 0.00 | 0.00 |
|  | Total Priority | 47,411.33 | 47,411.33 | 0.00 | 0.00 |
| 999 | PAULA K. MONTGOMERY | 0.00 | 0.00 | 4,378.74 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 4,378.74 | 0.00 |
| 002 | SIMM'S JEWELERS | 396.00 | 0.00 | 0.00 | 0.00 |
| 019 | BEACON HILL APARTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | DAIMLER CHRYSLER SERVICES | 15,349.34 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 15,745.34 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICA'S SERVICING COMPANY | 103,858.77 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 2,952.61 | 2,952.61 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 324.52 | 324.52 | 0.00 | 0.00 |
| 008 | CITI CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DISCOVER FINANCIAL SERVICES | 6,312.47 | 6,312.47 | 0.00 | 0.00 |
| 011 | DTE ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | IHC SWEDISH AMERICAN EMERGENCY PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD MERCANTILE AGENCY INC | 100.00 | 100.00 | 0.00 | 0.00 |
| 015 | PHYSICIANS IMMEDIATE CARE | 64.50 | 64.50 | 0.00 | 0.00 |
| 016 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 955.73 | 955.73 | 0.00 | 0.00 |
| 017 | AFNI/VERIZON | 150.96 | 150.96 | 0.00 | 0.00 |
| 021 | ASSET ACCEPTANCE CORP | 202.91 | 202.91 | 0.00 | 0.00 |
|  | Total Unsecured | 114,922.47 | 11,063.70 | 0.00 | 0.00 |
|  | Grand Total: | 178,079.14 | 58,475.03 | 4,378.74 | 0.00 |

Total Paid Claimant:   $4,378.74  
Trustee Allowance:   $0.00  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                                                     /s/ Lydia S. Meyer  
                                                             Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/30/2007         By  /s/Heather M. Fagan